Form 154A

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

5

In re:                                                                                   Bankruptcy Case No.: 18–22217–GLT

                                                                                         Chapter: 13

**Jennifer K. Ray**
  Debtor(s)

# NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **August 9, 2018**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                        Michael R. Rhodes
  U.S. Bankruptcy Court                                                    *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 6/1/18

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                   Case No. 18-22217-GLT
Jennifer K. Ray                                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin               Page 1 of 1              Date Rcvd: Jun 01, 2018
                              Form ID: 154A             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2018.
```
db           +Jennifer K. Ray,    2021 Clearfork Road,    Bridgeville, PA 15017-1662
14856835      Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
14856839      Citizens,    1000 Lafayette Blvd.,    Bridgeport, CT 06604-4725
14856840     +Citizens Bank Mastercard,    Credit Card Services,    P.O. Box 42010,    Providence, RI 02940-2010
14856846      Kia Motors Finance,    10550 Talbert Avenue,    Fountain Valley, CA 92708-6031
14856849      Pemier Bank Card,    PO Box 5147,    Sioux Falls, SD 57117-5147
14856850     +RBS Citizens,    480 Jefferson Blvd.,    Warwick, RI 02886-1359
14856853     +Victoria's Secret,    PO Box 659728,    San Antonio, TX 78265-9728
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14856837       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 02 2018 02:20:30      Capital One Bank,
               PO Box 85015,    Richmond, VA 23285
14856836       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 02 2018 02:20:30      Capital One,
               PO Box 71083,    Charlotte, NC 28272-1083
14856838       E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 02:20:41      Care Credit,   c/o Synchrony Bank,
               P.O. Box 965036,    Orlando, FL 32896-5036
14856841      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 02 2018 02:20:33      Credit One Bank,
               585 S. Pilot Street,    Las Vegas, NV 89119-3619
14856843       E-mail/Text: bankruptcy.bnc@ditech.com Jun 02 2018 02:22:19      DiTech Financial LLC,
               PO Box 6172,    Rapid City, SD 57709-6172
14856842       E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 02:20:13      Dick's/Synchrony Bank,
               PO Box 960012,    Orlando, FL 32896-0012
14856844      +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 02:20:13      JCP/Synchrony Bank,
               PO Box 960090,    Orlando, FL 32896-0090
14856847       E-mail/Text: bnckohlsnotices@becket-lee.com Jun 02 2018 02:22:14      Kohl's,   c/o Cap One,
               PO Box 3115,    Milwaukee, WI 53201-3115
14856848      +E-mail/Text: bkr@cardworks.com Jun 02 2018 02:22:08      Merrick Bank,   P.O. Box 9201,
               Old Bethpage, NY 11804-9001
14856851       E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 02:20:41      SYNCB/American Eagle,
               PO Box 965036,    Orlando, FL 32896-5036
14856852       E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 02:20:27      SYNCB/Home Climate,
               PO Box 965036,    Orlando, FL 32896-5036
14856853      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 02 2018 02:22:22      Victoria's Secret,
               PO Box 659728,    San Antonio, TX 78265-9728
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14856845       Kia Motor Finance
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2018 at the address(es) listed below:
```
              Kenneth Steidl    on behalf of Debtor Jennifer K. Ray julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 3
```