IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Jennifer K. Ray, *Debtor* | ) ) ) | Case No. 18-22217 GLT<br>Chapter 13 |
| Jennifer K. Ray, *Movant* | ) ) ) ) | Related to Docket No. 10 |
| No Respondents | ) | |

### ORDER OF COURT

AND NOW, to wit, this 15th Day of June, 2018, it is hereby ORDERED, ADJUDGED and DECREED, that the debtor, Jennifer K. Ray is hereby granted an extension until June 28, 2018 to file a completed Chapter 13 petition and plan.

FURTHER ORDERED:

_____
U.S. Bankruptcy Judge    drb

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 18-22217-GLT
Jennifer K. Ray                                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut                Page 1 of 1             Date Rcvd: Jun 15, 2018
                        Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2018.
db             +Jennifer K. Ray,    2021 Clearfork Road,    Bridgeville, PA 15017-1662

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2018 at the address(es) listed below:
     James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
     Kenneth Steidl    on behalf of Debtor Jennifer K. Ray julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                               TOTAL: 4