Form 224

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jennifer K. Ray**
   Debtor(s)

Bankruptcy Case No.: 18−22217−GLT

Chapter: 13
Docket No.: 14 − 11

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **May 31, 2018** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **June 28, 2018** and failure to meet that deadline would result in the dismissal of the case.

As of **July 2, 2018,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

                                      Michael R. Rhodes
                                      Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: July 2, 2018                                                           Gregory L. Taddonio
                                                                    United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 18-22217-GLT
Jennifer K. Ray                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut            Page 1 of 2         Date Rcvd: Jul 02, 2018
                            Form ID: 224          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2018.
db          +Jennifer K. Ray,    2021 Clearfork Road,    Bridgeville, PA 15017-1662
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
14856839     Citizens,    1000 Lafayette Blvd.,    Bridgeport, CT 06604-4725
14856840    +Citizens Bank Mastercard,    Credit Card Services,    P.O. Box 42010,    Providence, RI 02940-2010
14859049    +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
14861474    +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
14856846     Kia Motors Finance,    10550 Talbert Avenue,    Fountain Valley, CA 92708-6031
14856849     Pemier Bank Card,    PO Box 5147,    Sioux Falls, SD 57117-5147
14856850    +RBS Citizens,    480 Jefferson Blvd.,    Warwick, RI 02886-1359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14856835     EDI: TSYS2.COM Jul 03 2018 06:28:00      Barclays Bank Delaware,    PO Box 8803,
              Wilmington, DE 19899-8803
14856837     EDI: CAPITALONE.COM Jul 03 2018 06:28:00      Capital One Bank,    PO Box 85015,
              Richmond, VA 23285
14856836     EDI: CAPITALONE.COM Jul 03 2018 06:28:00      Capital One,    PO Box 71083,
              Charlotte, NC 28272-1083
14856838     EDI: RMSC.COM Jul 03 2018 06:28:00      Care Credit,    c/o Synchrony Bank,    P.O. Box 965036,
              Orlando, FL 32896-5036
14856841    +EDI: RCSFNBMARIN.COM Jul 03 2018 06:28:00      Credit One Bank,    585 S. Pilot Street,
              Las Vegas, NV 89119-3619
14856843     E-mail/Text: bankruptcy.bnc@ditech.com Jul 03 2018 02:33:44      DiTech Financial LLC,
              PO Box 6172,    Rapid City, SD 57709-6172
14856842     EDI: RMSC.COM Jul 03 2018 06:28:00      Dick's/Synchrony Bank,    PO Box 960012,
              Orlando, FL 32896-0012
14856844    +EDI: RMSC.COM Jul 03 2018 06:28:00      JCP/Synchrony Bank,    PO Box 960090,
              Orlando, FL 32896-0090
14856847     EDI: CBSKOHLS.COM Jul 03 2018 06:28:00      Kohl's,    c/o Cap One,    PO Box 3115,
              Milwaukee, WI 53201-3115
14856848    +EDI: MERRICKBANK.COM Jul 03 2018 06:28:00      Merrick Bank,    P.O. Box 9201,
              Old Bethpage, NY 11804-9001
14858472    +EDI: PRA.COM Jul 03 2018 06:28:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
14856851     EDI: RMSC.COM Jul 03 2018 06:28:00      SYNCB/American Eagle,    PO Box 965036,
              Orlando, FL 32896-5036
14856852     EDI: RMSC.COM Jul 03 2018 06:28:00      SYNCB/Home Climate,    PO Box 965036,
              Orlando, FL 32896-5036
14856853    +EDI: WFNNB.COM Jul 03 2018 06:28:00      Victoria's Secret,    PO Box 659728,
              San Antonio, TX 78265-9728
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
14856845        Kia Motor Finance
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: mgut               Page 2 of 2           Date Rcvd: Jul 02, 2018
                              Form ID: 224             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2018 at the address(es) listed below:

      James    Warmbrodt      on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      Kenneth   Steidl     on behalf of Debtor Jennifer K. Ray julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

      TOTAL: 5